USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

TANYA M. BLOOMFIELD,                                :
                                                    :
                                                    :
                                     Plaintiff,     :
                                                    :
                    -against-                       :                1:26-cv-1985-GHW
                                                    :
DEPARTMENT OF EDUCATION OF THE                      :                ORDER
CITY OF NEW YORK,                                   :
                                                    :
                                     Defendant.     :
                                                    :
----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on March 11, 2026. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than March 25, 2026. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: March 15, 2026

_____
GREGORY H. WOODS
United States District Judge