

**Steven Banks**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jason Imbiano**
Tel.: (212) 356-8766
jimbiano@law.nyc.gov

April 14, 2026

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: __4/15/2026__ |

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, NY 10007

Re:     *Bloomfield v. Department of Education of the City of New York.*, 26-cv-1985
        (GHW) (OTW)

Dear Judge Woods:

   I am an Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action. In accordance with Your Honor's Individual Rule (1)(E), I write to respectfully request an adjournment of the initial pretrial conference scheduled for April 21, 2026, along with an extension of time to submit the parties' case management plan, in light of Defendant's forthcoming premotion letter concerning Defendant's anticipated motion to dismiss the Complaint. Defendant's deadline to respond to the Complaint is April 29, 2026 (ECF Dkt No. 7). Accordingly, I respectfully request that the initial pretrial conference be adjourned to the date on which Defendant's anticipated premotion conference will be held. This is Defendant's first request for an adjournment of the initial conference and Plaintiff consents to this request. If granted, no other deadlines will be affected.

   Thank you for considering this request.

           Respectfully submitted,
           */s/ Jason Imbiano*
           Jason Imbiano
           *Assistant Corporation Counsel*

  Via ECF: all counsel of record

Application granted. Defendant's April 14, 2026 request to adjourn the initial pretrial conference, Dkt. No. 12, is granted. The initial pretrial conference scheduled for April 21, 2026 is adjourned to May 4, 2026 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's March 15, 2026 order are due no later than April 27, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.
Dated: April 15, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge