# STEWART LEE KARLIN LAW GROUP, P.C.
## ATTORNEYS AT LAW
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(212) 732-4443/Fax**
slk@stewartkarlin.com

**MEMBER OF THE BAR**
**NEW YORK & FLORIDA**

**Concentrating in Employment, Education and**
**Insurance Law**

**Website:** www.stewartkarlin.com

May 1, 2026

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, NY 10007

**Re:**   **Bloomfield v. Dep't of Educ. of the City of New York**
          **26-cv-1985-(GHW)(OTW)**

Dear Judge Woods:

The undersigned represents Plaintiff in the above-referenced matter. I write to respectfully request that Plaintiff be allowed to amend her complaint in this Title VII action and to adjourn the initial and premotion conference scheduled for May 4, 2026 at 3:00 pm. This application is on consent regarding the motion to amend and it is a joint request regarding adjourning the conference.

This matter was removed from the New York County Supreme Court based on federal question jurisdiction. The Defendant filed a premotion letter on April 29, 2026 requesting a premotion conference to file a motion to dismiss which was granted.  The conference is set for May 4, 2026. (Dkt 16 and 17)   The parties have conferred in good faith, and the Defendant has consented to allow Plaintiff to amend her state court complaint to address the alleged deficiencies as set forth by Defendant in its premotion letter (Dkt No.16)

Rule 15a also provide that courts, 'should freely give leave [to amend] when justice so requires.'" *Kroshnvi v. U.S. Pack Courier Servs. Inc.*, 771 F.3d 93, 109 (2d Cir. 2014)(quoting Fed. R. Civ. P. 15(a)(2)).   Justice so requires absent factors, "such as undue delay, bad faith or dilatory motive on the part of the movant…undue prejudice to the opposing party by virtue of allowance of the

amendment, [or] futility of the amendment, etc.," which are wholly absent here.   *Forman v. Davis*, 371 U.S. 178, 182 (1962).

Plaintiff respectfully proposes that it be allowed to amend her complaint by **May 18, 2026,** and that the Defendant have until **June 19, 2026** to respond to the amended complaint. In addition, the parties would also jointly request that in light of the foregoing that the premotion and scheduling conference be adjourned.

Thank you for your consideration in this matter.

Very truly yours,


*s/Stewart Lee Karlin*
STEWART LEE KARLIN

cc:  Jason Imbiano, ACC via ECF