USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TANYA M. BLOOMFIELD,                              :
                                                  :
                              Plaintiff,          :
                                                  :                     1:26-cv-1985-GHW
                  -against-                        :
                                                  :                     ORDER
DEPARTMENT OF EDUCATION OF THE                    :
CITY OF NEW YORK,                                 :
                                                  :
                              Defendant.          :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated May 1, 2026, Dkt. No. 19, the parties were directed to submit an updated joint status letter and proposed case management plan to the Court no later than June 15, 2026. The Court has not received the updated joint status letter and the proposed case management plan was not submitted in compliance with the Court's March 15, 2026 order, *see* Dkt. No. 5 at 1. The parties are directed to comply with the Court's May 1, 2026 and March 15, 2026 orders forthwith and in any event no later than June 18, 2026.

SO ORDERED.

Dated: June 16, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge